| **Fill in this information to identify the case:** | | |
|---|---|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN | | |
| Case number *(if known)* | Chapter | **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Arora Investments LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-3520034** | |
| 4. | **Debtor's address** | **Principal place of business** **8176 Basil Ct** **Neenah, WI 54956** Number, Street, City, State & ZIP Code **Winnebago** County | **Mailing address, if different from principal place of business** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** **2675 W. American Drive Neenah, WI 54956** Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

Debtor **Arora Investments LLC**
Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **1310**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:
  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| Debtor | **Arora Investments LLC** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | Name | | | | |

| List all cases. If more than 1, attach a separate list | Debtor | **Golden Temple Investment LLC** | Relationship | **Related Entity** |
|---|---|---|---|---|
| | District | **Eastern District of Wisconsin** When **6/27/25** | Case number, if known | **25-23716** |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 17, 2025**
                MM / DD / YYYY

X _____     **Hardeep S. Arora**
Signature of authorized representative of debtor     Printed name

Title   **Member**

**18. Signature of attorney**

X _____     Date **July 17, 2025**
Signature of attorney for debtor                      MM / DD / YYYY

**Claire Ann Richman 1020942**
Printed name

**RICHMAN & RICHMAN LLC**
Firm name

**122 W. Washington Avenue**
**Suite 850**
**Madison, WI 53703-2732**
Number, Street, City, State & ZIP Code

Contact phone   **608-630-8990**     Email address   **crichman@randr.law**

**1020942 WI**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Arora Investments LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF WISCONSIN**

Case number (if known): 

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AKD Petroleum, LLC**  103 S. Main Street  Janesville, WI | | Gas Station located at:  136 W. Scott Street, Fond du lac, Wisconsin | | $2,035,636.36 | $1,800,000.00 | $235,636.36 |
| **Bristol Morgan Bank**  103 S. Main Street  Oakfield, WI 53065 | | Gas Station located at:  2675 American Drive, Appleton, Wisconsin | | $3,059,658.96 | $2,000,000.00 | $1,059,658.96 |
| **Fond du Lac County Treasurer**  160 S Macy Street  Fond Du Lac, WI 54935 | | Gas Station located at:  136 W. Scott Street, Fond du lac, Wisconsin | | $27,775.95 | $1,800,000.00 | $27,775.95 |
| **OM Enterprises, Inc.**  Attn: Raghu Singh  124 W. Scott Street  Fond Du Lac, WI 54935 | | Judgement in Winnebago County; Case No. 21cv604 | | | | $58,217.88 |
| **Spectrum**  Attn: Robert V. Giglio Jr.  1600 Dublin Road  Columbus, OH 43215 | | Services provided and early termination fees | | | | $133,367.61 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Arora Investments LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 17, 2025**

X _/s/ Hardeep S. Arora_____
Signature of individual signing on behalf of debtor

**Hardeep S. Arora**
Printed name

**Member**
Position or relationship to debtor

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Arora Investments LLC**

Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Hardeep S. Arora<br>8176 Basil Court<br>Neenah, WI 54956 | | | 100% Member Interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 17, 2025**

Signature _____
Hardeep S. Arora

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

AKD Petroleum, LLC
103 S. Main Street
Janesville, WI

Attorney Bill D. Bensinger
505 North 20th Street
Suite 1800
Birmingham, AL 35203

Banee Corporation
8176 Basil Court
Neenah, WI 54956

Beck, Chaet, Bamberger & Polsky, S.C.
Michael S. Polsky
330 East Kilbourn Avenue
Milwaukee, WI 53202

Bristol Morgan Bank
103 S. Main Street
Oakfield, WI 53065

Choice Hotel International, Inc.
505 North 20th Street
Suite 1800
Birmingham, AL 35203

Dempsey Law Firm, LLP
Attorney Charles J. Hertel
P.O. Box 886
Oshkosh, WI 54903-0886

Fond du Lac County Treasurer
160 S Macy Street
Fond Du Lac, WI 54935

Hardeep S. Arora
8176 Basil Court
Neenah, WI 54956

Insolvency Unit West 17, Grp 4-Milwaukee
Organization Code: SES:C:AIQ:WI7
211 W. Wisconsin Ave, Stop 5301
Milwaukee, WI 53203-2221

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

JT Petroleum LLC
Ronald E. English
9653 North Granville Road
Mequon, WI 53097

Kaminsky Law. S.C.
Attorney Daniel Kaminsky
531 Fond du Lac Avenue
Fond Du Lac, WI 54935

Madrigrano, Aiello & Santarelli, LLC
Attorney Thomas M. Santarelli
1108 56th Street
Kenosha, WI 53140

OM Enterprises, Inc.
Attn: Raghu Singh
124 W. Scott Street
Fond Du Lac, WI 54935

Outagamie County Treasurer
410 S. Walnut Street
Appleton, WI 54911

Parmeet K. Arora
8176 Basil Court
Neenah, WI 54956

Spectrum
Attn: Robert V. Giglio Jr.
1600 Dublin Road
Columbus, OH 43215

State Bank of Chilton
Attn: Damian Hoerth
26 E. Main Street
Chilton, WI 53014

State Bank of Texas
11950 Webb Chappel Road
Dallas, TX 75234

Town of Grand Chute
Attn: Kayla R. Raatz
1900 W. Grand Chute Blvd
Appleton, WI 54913

Von Briesen & Roper, S.C.
Attn: Atty Ryan Duffy
411 E. Wisconsin Avenue
Milwaukee, WI 53202

Winnebago County Treasurer
112 Otter Avenue
Room 116
Oshkosh, WI 54901

Wisconsin Department of Revenue
PO Box 8910
Madison, WI 53708-8910

World Fuel Services, Inc.
9800 NW 41st Street
Milwaukee, WI 53221